UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EUGENE C. SMALLS,

    Plaintiff,

v.                                       CASE NO: 8:07-cv-1463-T-23TBM

ACCREDITED HOME LENDERS, INC.,
and DOES ENTITIES 1-1000

    Defendants.
_____/

## ORDER

    The plaintiff's motion to proceed in forma pauperis (Doc. 2) was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's August 22, 2007, report and recommendation (Doc. 4), the plaintiff objected (Doc. 6) in a letter to the Magistrate Judge. On September 20, 2007, the plaintiff filed a motion (Doc. 10) for leave to amend the complaint. On September 24, 2007, the defendant Accredited Home Lenders, Inc., ("AHL") moved (Doc. 11) for leave to respond to the plaintiff's objections. The plaintiff opposes (Doc. 12) AHL's motion.

    A de novo review of those portions of the report and recommendation to which the plaintiff objects reveals that the plaintiff's objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the plaintiff's objections (Doc 6) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 4) is **ADOPTED**. The plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** and the complaint (Doc. 1) is **DISMISSED** without

prejudice.  On or before **October 22**, **2007**, the plaintiff shall pay the applicable filing fee and file an amended complaint that complies with Rule 8, Federal Rules of Civil Procedure.  The plaintiff's motion for leave to amend the complaint (Doc. 10) is **GRANTED** to the extent that on or before **October 22**, **2007,** on payment of the applicable filing fee the plaintiff may re-file his amended complaint.  AHL's motion (Doc. 11) to file a response is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on October 4, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE