UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Eugene C. Smalls,                                    Case No.: 8:07-cv-1463-T-23TBM

    Plaintiff,

vs.

Accredited Home Lenders, Inc.,

    Defendants.                                    /

### SUGGESTION OF BANKRUPTCY

**COME NOW** Defendant Accredited Home Lenders, Inc., by and through the undersigned counsels, Jim I. Sullivan, Chioma U. Hibbert and Hinshaw & Culbertson LLP, and show that Defendants has filed a Petition for Relief under Title 11, United States Code, in the United States Bankruptcy Court for the District of Delaware that has been assigned case number 09-11517-MFW, and hereby suggests that this action has been stayed by the operation of Title 11 U.S.C. §362.

### HINSHAW & CULBERTSON LLP

by: s/James I. Sullivan
James I. Sullivan
Florida Bar No. 0904430
jsullivan@hinshawlaw.com
Chioma U. Hibbert
Florida Bar No. 0844381
chibbert@hinshawlaw.com
100 South Ashley Drive
Suite 500
Tampa, Florida 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
ATTORNEYS FOR DEFENDANTS ACCREDITED
HOME LENDERS, INC.

21342679v1 881286 59821

Case No.: 8:07-cv-1463-T-23TBM

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and provided a copy via U.S. Certified Mail to Eugene C. Smalls, 2312 22nd Ave. S.W., Largo, Florida 33774.

                                            s/James I. Sullivant
                                            James I. Sullivan
                                            Florida Bar No. 0904430
                                            jsullivan@hinshawlaw.com
                                            Chioma U. Hibbert
                                            Florida Bar No. 0844381
                                            chibbert@hinshawlaw.com
                                            HINSHAW & CULBERTSON LLP
                                            100 South Ashley Drive
                                            Suite 500
                                            Tampa, Florida 33602
                                            Telephone: 813-276-1662
                                            Facsimile: 813-276-1956
                                            Attorneys for Defendants Accredited Home Lenders, Inc.

21342679v1 881286 59821